## BURGESS v. EATON, appellant.

*Payment — appropriation of.*

The plaintiff paid defendant $400 of her own money, which she directed to apply upon a mortgage held by him against a house owned by her husband The defendant did not so apply it, but applied it upon a general indebted ness of the husband to him.

*Held,* that plaintiff could recover back the amount so misappropriated.

APPEAL from a judgment in favor of the plaintiff upon a report of a referee.

*H. J. Thomas,* for appellant.

*Q. Van Voorhees,* for respondent.

E. D. SMITH, J.

---

## DALZELL v. RAW *et al.,* appellants.

*Referee's report — when conclusive — practice on appeal.*

The report of a referee, like the verdict of a jury, cannot be set aside, when based upon evidence fairly conflicting, except where the report is so manifestly against the weight of the evidence as to make it apparent that some mistake, bias or partiality has interfered with the cause of justice.

Where there is no statement that the case on appeal contains all the evidence, it must be presumed that the evidence was sufficient to sustain the findings.

APPEAL by defendants from a judgment upon the report of a referee.

*Alton & Kilby,* for appellants.

*S. F. Starbuck,* for respondents.

TALCOTT, J.